UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 JUL 24 AM 10: 48

CLERK
SO. DIST. OF GA.

ROGERIO CHAVES SCOTTON,
        Petitioner,

vs.       CASE NO: 5:19-CV-40

TRACY JOHNS, WARDEN,
        Respondent.

## NOTICE FOR THE CLERK OF THE COURT

On May 28, 2019, the Court entered a order requesting the Petitioner to pay the $5,00 Court's fee in order to review his claims under his application pursuant to 28 U.S.C. § 2241.

The Petitioner family has sent the required $5,00 fee in two occasion. One, the fee was rejected for been sent to the wrong Court. The second has not been rejected, however, the Petitioner did not receive any response from thid Court.

Therefore, the Petitioner respectfully request the reply and receipt confirmation of his $5,00 paid fee and the reason for such delay.

Respectfully Submitted,

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.F.
P.O. BOX 2000
FOLKSOTN GA 31537

(1)

PROOF OF SERVICE
---

I Rogerio Chaves Scotton, do certify that on this July 19, 2019, I have served the attached notice for the Clerk of the Court (which is under the Petitioner's constitutional right) on the above proceeding. I have served this motion via, United States Postal Service (USPS) first class mail through, D. Ray James C.F. legal mail.


*[signature]*
ROGERIO CHAVES SCOTTON
REG NO: 98370-004
D. RAY JAMES C.F.
P.O. BOX 2000
FOLKSOTN GA 31537