FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 DEC -3 AM II: 05

CLERK _Casbell_
ST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ROGERIO CHAVES SCOTTON,           *
                                  *
            Petitioner,           *
                                  *          CIVIL ACTION NO.: 5:19-cv-40
      v.                          *
                                  *
TRACY JOHNS,                      *
                                  *
            Respondent.           *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Rogerio Scotton ("Scotton") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the COurt, **DISMISSES** **without prejudice** Scotton's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and failure to prosecute, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court

**DENIES** Scotton *in forma pauperis* status on appeal.

      **SO ORDERED**, this \_\_\_\_2\_\_\_ day of \_\_\_\_December\_\_\_\_\_, 2019.


_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)